UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC ELI GALVAN, | ) | 1:04-cv-06446-REC-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING SECOND |
| | ) | MOTION FOR EXTENSION OF TIME |
| vs. | ) | TO FILE ANSWER TO PETITION |
| | ) | FOR WRIT OF HABEAS CORPUS |
| RICHARD KIRKLAND, et al., | ) | (Doc. 14) |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254.

On May 16, 2005, the Court ordered Respondent to file an Answer to the amended petition by August 22, 2005. (Doc. 8). On August 5, 2005, Respondent filed his first motion for extension of time, indicating that several items that were to be included in the Answer were under seal and could only be obtained through proceedings, already initiated, in the California Court of Appeal, Fifth Appellate District. (Doc. 10). The Court granted Respondent's motion on August 11, 2005. (Doc. 12).

Respondent filed this second motion for extension of time on September 8, 2005, indicating that an order unsealing the previously sealed records had just been received from the Court of Appeal. (Doc. 14). Respondent requests thirty additional days in which to file his Answer.

| | |
|---|---|
| 1 | GOOD CAUSE having been shown, it is HEREBY ORDERED that Respondent's second motion for extension of time to file the Answer (Doc. 14), is GRANTED. Respondent is granted thirty (30) days from the date of service of this Order within which to file the Answer. |

IT IS SO ORDERED.

**Dated:     September 9, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                                                      UNITED STATES MAGISTRATE JUDGE

2.