1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISAAC ELI GALVAN,                          )          1:04-cv-06446-REC-TAG HC
                                           )
                    Petitioner,            )          ORDER GRANTING MOTION FOR
                                           )          EXTENSION OF TIME TO FILE
       vs.                                 )          TRAVERSE   (Doc. 19)
                                           )
RICHARD KIRKLAND, et al.,                  )
                                           )
                    Respondent.            )
_____          )

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

On May 16, 2005, the Court ordered Respondent to file an Answer to the amended

petition.  (Doc. 8).  On October 11, 2005, Respondent filed his answer.  (Docs. 16, 17).   On

November 2, 2005, Petitioner filed the instant motion for extension of time to file his traverse.

(Doc. 19).

GOOD CAUSE having been shown, it is HEREBY ORDERED that Petitioner's motion

for extension of time to file his traverse (Doc. 19),  is GRANTED.  Petitioner is granted thirty

(30) days from the date of service of this Order within which to file the traverse.

IT IS SO ORDERED.

**Dated:   November 23, 2005**          _____**/s/ Theresa A. Goldner**_____
j6eb3d                                   UNITED STATES MAGISTRATE JUDGE