IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GALVAN,<br><br>    Petitioner,<br><br>    vs.<br><br>RICHARD J. KIRLAND, et al,<br><br>    Respondents.<br>_____/ | 1:04-cv-06446-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #27)<br><br>THIRTY DAY DEADLINE |

   Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 28, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.


   IT IS SO ORDERED.

   Dated:   **May 19, 2008**          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE